DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID H. BAGWIN** and **THERESA A. BAGWIN,**
Appellants,

v.

**U.S. BANK, N.A.,** as trustee for LSF9 Master Participation Trust,
and **TIVOLI LAKES OF PALM BEACH COUNTY HOMEOWNERS
ASSOCIATION, INC.,**
Appellees.

No. 4D18-617

[February 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502012CA015400XXXXMB.

Craig A. Boudreau of the Law Office of Craig A. Boudreau, West Palm Beach, for appellant.

Brandon S. Vesely and Shannon T. Sinai of Albertelli Law, Tampa, for appellee U.S. Bank, N.A., as trustee for LSF9 Master Participation Trust.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***